**Entered on Docket
March 22, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-AR2
10-70447

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-10440-lbr |
|---|---|
| Jennifer S. Rozum | Date: 3/10/2010<br>Time: 10:00 am |
| Debtor. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-AR2, its assignees and/or successors in interest, of the subject property, generally described as 8200 Soaring Owl Ave., Las Vegas, NV 89129, and legally described as follows:

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
D. Brian Boggess
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Lenard E Schwartzer
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
7  ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
8  ____ appeared at the hearing, waived the right to review the order
9  ____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
10 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document

12 ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.

Debtor's counsel:
16 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
17 ____ appeared at the hearing, waived the right to review the order
18 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
20 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document

22 ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor